IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

    **Plaintiff/Appellee,**                    **CASE NO.   21-1811/21-2759**

    **vs.**

**OMAR RASHAD POUNCY,**

    **Defendant/Appellant.**

### RESPONSE TO APPELLANT'S MOTION
### FOR SUBSTITUTION OF COUNSEL

Appellant Omar Pouncy filed for substitution of counsel on Thursday, May 24, 2023. Counsel has no conflicts and no irreconcilable differences with Appellant Pouncy; nor does counsel believe the attorney-client relationship has suffered irreparable harm. Appellant Pouncy has received two drafts of his initial brief to review. Counsel has been in contact with Pouncy via telecommunication and sends timely responses to Appellant Pouncy's written correspondences. There have been some delays in communication between counsel and Appellant Pouncy because counsel's name was not added by Appellant Pouncy to the St.

Louis Correctional Facility's legal call list.  Counsel does not believe substitution of counsel is warranted.

        Respectfully Submitted,

        DEBORAH L. WILLIAMS
        Federal Public Defender

        <u>/s/ Kevin Schad</u>
        Kevin M. Schad
        Attorney for Appellant
        Office of the Federal Public Defender
        Southern District of Ohio
        250 E. Fifth St.
        Suite 350
        Cincinnati OH 45202
        (513) 929-4834
        Fax (513) 929-4842
        Kevin_schad@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the foregoing was sent this 1st day of June, 2023, by U.S. mail to Appellant Omar Rashad Pouncy, and by ECF filing to the office of the Assistant Attorney General of record.

        <u>/s/ Kevin Schad</u>
        Kevin Schad
        Attorney for Appellant