Nos. 21-1811, 21-2759 (consol.)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| OMAR RASHAD POUNCY, | ) |
| | ) On Appeal from the United States |
| *Petitioner-Appellee/* | ) District Court for the Eastern |
| *Cross-Appellant,* | ) District of Michigan (Detroit), |
| | ) |
| v. | ) No. 2:13-cv-14695-MFL-LJM |
| | ) |
| CARMEN DENISE PALMER, | ) Matthew F. Leitman, |
| Warden, | ) U.S. District Judge |
| | ) |
| *Respondent-Appellant/* | ) |
| *Cross-Appellee.* | ) |

## PETITIONER-APPELLEE/CROSS-APPELLANT'S
## UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Pursuant to Federal Rules of Appellate Procedure 27 and 28.1(e)(2)(B), Sixth Circuit Rule 27, and this Court's briefing letter dated June 10, 2024 (App. Dkt. 85), Petitioner-Appellee/Cross-Appellant Omar Rashad Pouncy ("Mr. Pouncy"), by and through his counsel, respectfully requests leave of Court to file a brief of up to 18,000 words, which is 2,700 words in excess of the applicable 15,300 word limitation. In support of his motion, Mr. Pouncy states as follows:

1. Mr. Pouncy is currently in custody at the Federal Correctional Institution, Milan (FCI Milan) in Milan, Michigan.

2. The procedural history in this case is lengthy and complex. More than ten years ago, after exhausting his claims in state court, Mr. Pouncy filed a petition

for writ of habeas corpus in the U.S. District Court for the Eastern District of Michigan, Southern Division, pursuant to 28 U.S.C. § 2254. Dkts. 1, 3.[1] The district court previously granted the writ on one of Mr. Pouncy's claims. *See Pouncy v. Palmer*, 165 F. Supp. 3d 615 (E.D. Mich. 2016). Respondent appealed, and this Court reversed and remanded for further proceedings. *Pouncy v. Palmer*, 846 F.3d 144 (6th Cir. 2017).

3. On remand, the district court granted a conditional writ of habeas corpus on Mr. Pouncy's claim that he was denied the effective assistance of counsel in connection with the plea bargaining process and denied relief on all other claims. Petition. Dkt. 401 ("June 28, 2021 Opinion and Order"). The district court granted certificates of appealability on all four of the claims on which it denied relief and on the scope of relief it granted to Mr. Pouncy on his ineffective assistance of counsel claim, as well as on the additional claim on which it denied Mr. Pouncy's earlier motion for reconsideration (*see* Dkt. 377). *See* Dkts. 401, 402.

4. Respondent-Appellant/Cross-Appellee Carmen Denise Palmer, Warden ("Respondent") appeals from the district court's grant of a conditional writ. In addition, Mr. Pouncy cross-appeals from the portion of the June 28, 2021 Opinion and Order denying Mr. Pouncy's petition for a writ of habeas corpus in all respects

---

[1] Citations to "Dkt._" are to the docket below in No. 2:13-cv-14695 (E.D. Mich.), citations to "App. Dkt._" are to this Court's docket in No. 21-1811.

other than his claim for ineffective assistance of counsel in connection with the plea-bargaining process. *See* Dkts. 401, 402.

5. Respondent filed the First Brief on April 27, 2023, arguing that the district court's conditional grant of habeas relief should be reversed. Respondent used almost all of the 13,000 word limit. *See* App. Dkt. 38.

6. Mr. Pouncy's Second Brief is currently due on August 9, 2024. *See* App. Dkt. 85. By default, Mr. Pouncy is allocated 15,300 words for the Second Brief. *See* Fed. R. App. P. 28.1(e)(2), 32(a)(7).

7. In that Second Brief, Mr. Pouncy must respond to Respondent's arguments that the district court's grant of habeas relief should be reversed, but also raise on cross-appeal why the district court's decisions to deny habeas relief on five separate grounds each should each be reversed.

8. The factual record related to each of these issues is voluminous. The relevant legal issues involve constitutional claims, statutory analysis, and a discussion of case law that can be complex and nuanced. The decisions below span nearly 170 pages. *See* Dkts. 58, 401.

9. Counsel for Mr. Pouncy is working diligently to present all relevant issues in a clear, complete, and concise manner that is helpful to the Court. Given the factual and legal nature of this case, however, counsel believes that up to 18,000 words may be necessary to sufficiently address all relevant issues in this appeal and

cross-appeal.

10. Counsel for Respondent has represented that Respondent does not oppose this motion.

WHEREFORE Petitioner-Appellee/Cross-Appellant Omar Rashad Pouncy respectfully requests leave to file his Second Brief of no more than 18,000 words.

Dated: July 30, 2024

By: /s/ Raymond A. Cardozo
    Raymond A. Cardozo
     *Counsel of Record*
    REED SMITH LLP
    101 Second Street
    Suite 1800
    San Francisco, CA 94105
    (415) 543-8700
    rcardoza@reedsmith.com

*Counsel for Omar Rashad Pouncy in Appeal No. 21-2759*

Respectfully submitted,

By: /s/ Gabriel K Gillett
    Gabriel K. Gillett
     *Counsel of Record*
    Michael T. Brody
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654
    (312) 222-9350
    ggillett@jenner.com
    mbrody@jenner.com

    Anthony S. Barkow
    JENNER & BLOCK LLP
    1155 Avenue of the Americas
    New York, NY 10036
    (212) 891-1600
    abarkow@jenner.com

    Sophia L. Cai
    JENNER & BLOCK LLP
    525 Market Street, 29th Floor
    San Francisco, CA 94105
    (628) 267-6800
    scai@jenner.com

*Counsel for Omar Rashad Pouncy in Appeal No. 21-1811*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), the document contains 642 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman.

    /s/ Gabriel K. Gillett
    Gabriel K. Gillett

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 30, 2024, he caused **Petitioner-Appellee/Cross-Appellant's Unopposed Motion For Leave to File Oversized Brief** to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system which will send a notice of electronic filing to counsel of record including:

John S. Pallas
Office of the Attorney General of Michigan
P.O. Box 30217
Lansing, MI 48909
pallasj@michigan.gov

                                                /s/ Gabriel K. Gillett
                                                  Gabriel K. Gillett